IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONNA L. DUBIE,

                Plaintiff,                        CV-07-3055-ST

       v.                                          JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

STEWART, Magistrate Judge:

       Based on the record, the Commissioner's decision is AFFIRMED, and this case is dismissed.

       DATED this 9th day of December, 2008.

                                             /s/ Janice M. Stewart_____
                                             Janice M. Stewart
                                             United States Magistrate Judge

1 - JUDGMENT